THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-00347-FL

| | |
|---|---|
| ARTHUR ELLIS, | )<br>) |
|       Plaintiff, | )<br>) |
|       v. | )   ORDER FOR PAYMENT OF<br>)   ATTORNEY FEES UNDER THE |
| KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security, | )   EQUAL ACCESS TO JUSTICE ACT<br>)<br>) |
|       Defendant. | )<br>) |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $3,709.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Derrick Arrowood, and mailed to his office at P.O. Box 58129, Raleigh, NC 27658, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this 3rd day of May, 2022

_____
LOUISE W. FLANAGAN
United States District Judge