UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ARTHUR ELLIS                          )
                  Plaintiff,          )
                                      )
v.                                    )     **JUDGMENT**
                                      )
                                      )     No. 5:20-CV-347-FL
KILOLO KIJAKAZI, Acting Commissioner  )
of Social Security,                   )
                  Defendant.          )
                                      )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's consent motion for attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 3, 2022, it is ordered that defendant pay to plaintiff $3,709.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on May 3, 2022, and Copies To:**
Derrick Kyle Arrowood  (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson  (via CM/ECF Notice of Electronic Filing)

May 3, 2022                    PETER A. MOORE, JR., CLERK


                                _/s/ Sandra K. Collins_____
                               (By) Sandra K. Collins, Deputy Clerk